```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 08148
  BOBBY ALAN SCHAEFER
  BRIDGETTE L SCHAEFER                         CHAPTER 13

                                               JUDGE: BRUCE W BLACK
          Debtor
  SSN XXX-XX-1581      SSN XXX-XX-9481
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/11/06 and confirmed on 10/03/06.

2. The case was dismissed after confirmation, 07/27/2007.

3. The Debtor paid a total of $ 6292.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GREENTREE | CURRENT MORTG | .00 | .00 | .00 |
| GREENTREE | MORTGAGE ARRE | 1523.11 | .00 | 1523.11 |
| AMERICAN GENERAL FINANCE | SECURED | 1000.00 | 88.45 | 238.03 |
| WELLS FARGO FINANCIAL AC | SECURED | 5125.00 | 334.36 | 1163.75 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 1571.58 | .00 | 131.84 |
| BLATT HASENMILLER LEIBSK | UNSECURED | NOT FILED | .00 | .00 |
| CARMEL FINANCIAL CORP | UNSECURED | 1755.47 | .00 | 147.27 |
| COLLECTION PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 197.48 | .00 | 16.57 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| FERREL GAS | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 356.02 | .00 | 29.86 |
| JEWEL FOOD STORES INC | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 5276.86 | .00 | 442.67 |
| NCO FINANCIAL SRV | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| ACA RECOVERY INC | UNSECURED | NOT FILED | .00 | .00 |
| PELLETTIERI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2748.00 | .00 | 230.53 |
| RELIABLE ADJUSTMENT BURE | UNSECURED | NOT FILED | .00 | .00 |
| RISK MANAGEMENT ALTERNAT | UNSECURED | NOT FILED | .00 | .00 |
| TEK COLLECT CORP | UNSECURED | NOT FILED | .00 | .00 |
| VAN RU CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| RJM ACQUISITIONS LLC | UNSECURED | 72.59 | .00 | 6.09 |
| WELLS FARGO FINANCIAL AC | UNSECURED | 1846.73 | .00 | 154.92 |

```
AMERICAN GENERAL FINANCE   UNSECURED         320.96              .00         26.93
       Summary of disbursements:
--------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  7648.11         .00     14145.69          .00      21793.80
PRINCIPAL PAID      2924.89         .00      1186.68          .00       4111.57
INTEREST PAID        422.81         .00          .00          .00        422.81
TOTAL PAID          3347.70         .00      1186.68          .00       4534.38
```

The Debtor's attorney, RICHARDSON STASKO BOYD & MACK , was allowed $   3000.00
and was paid $   1500.00   direct and $   1500.00   through the plan.

The Trustee received $     257.62 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 10/10/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 06 B 08148 BOBBY ALAN SCHAEFER & BRIDGETTE L SCHAEFER